UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                : Case no.:        18-20456
                                                      :
Jacqueline Seawright                                  : Chapter:         7
                                                      :
                                                      : Judge:           Kaplan
                    Debtor(s)                         :
                                                      :

### CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
3 Cinnamon Drive, Lumberton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/31/2018                By: Gary A. Nau

*rev.2/10/17*