| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jacqueline Seawright | Social Security number or ITIN   xxx–xx–7693 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–20456–MBK | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline Seawright

8/24/18                                                                 **By the court:**  Michael B. Kaplan
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20456-MBK
Jacqueline Seawright                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 318             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db             +Jacqueline Seawright,    3 Cinnamon Drive,    Lumberton, NJ 08048-4206
517548631      +Citifinancial,    605 Munn Road E,    Fort Mill, SC 29715-8421
517548633      +Commercial Recovery Systems,    Re:  Mitsubishi Motors,    PO Box 570909,    Dallas, TX 75357-0909
517548635      +Country Estates Townhouse Assoc.,    c/o Dan-Management Services,    520 Fellowship Road,
                 Suite B-208,    Mount Laurel, NJ 08054-3408
517548637      +Creditors Interchange,    Re:  Fingerhut,    80 Holtz Drive,    Suite 2,    Buffalo, NY 14225-1470
517548638      +Dennis McInerney, Esq.,    710 E Main Street,    Suite 2B,
                 Re:  Country Estates Townhouse Assoc.,    Moorestown, NJ 08057-3066
517548640      +Endeavor Emerg Squad,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
517548642      +Fingerhut/Axsys,    11 McLeland Road,    Saint Cloud, MN 56395-0001
517548648      +Lee Dennison, Esq.,    Re:  Virtua Memorial Hospital; SC 1949-07,    231 High Street,
                 Mount Holly, NJ 08060-1450
517548649      +Mitsubishi Motor Credit,    PO Box 6014,    Cypress, CA 90630-0014
517548651       NCO Financial Systems,    Re:  Commerce Bank/TD Bank,    PO Box 41466,    Philadelphia, PA 19101
517548652      +NJ American Water,    Box 371331,    Pittsburgh, PA 15250-7331
517548653      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517548655      +Quality Asset Recovery,    Re:  Cooper Health System,    7 Foster Ave,    Ste 101,
                 Gibbsboro, NJ 08026-1191
517548656      +Randolph Walzer, Esq.,    PO Box 1234,    Re:  Citifinancial,    Jackson, NJ 08527-0259
517548658      +South Jersey Emergency Physicians,    PO Box 416052,    Boston, MA 02241-6052
517548660       State of New Jersey, Department of Labor,    John Fitch Plaza,    PO Box 951,
                 Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: USDARHS.COM Aug 25 2018 03:08:00      USDA Rural Development,    PO Box 790170,
                 St. Louis, MO 63179-0170
517548630      +EDI: CINGMIDLAND.COM Aug 25 2018 03:08:00      AT&T Mobility,    PO Box 537113,
                 Atlanta, GA 30353-7113
517548632      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 24 2018 23:27:17       Comcast,
                 1 Comcast Center,    Philadelphia, PA 19103-2899
517548634      +EDI: CONVERGENT.COM Aug 25 2018 03:08:00      Convergent Outsourcing,    Re:  PSEG,
                 500 SW 7th Street,    Building A 100,    Renton, WA 98057-2983
517548636      +EDI: CREDPROT.COM Aug 25 2018 03:08:00      Credit Protection,    Re:  Comcast,    13355 Noel Road,
                 21st floor,    Dallas, TX 75240-6837
517548639      +EDI: DCI.COM Aug 25 2018 03:08:00      Diversified Consultants,    Re:  Dish Network,
                 PO Box 551268,    Jacksonville, FL 32255-1268
517548641      +EDI: BLUESTEM Aug 25 2018 03:08:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
517548643      +EDI: AMINFOFP.COM Aug 25 2018 03:08:00      First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
517548644      +E-mail/Text: bky@martonelaw.com Aug 24 2018 23:26:02      Frank Martone, Esq.,    Re:  USDA,
                 1455 Broad Street,    Bloomfield, NJ 07003-3047
517548645      +EDI: IIC9.COM Aug 25 2018 03:08:00      IC Systems,    Re:  S Jersey Emerg Phys,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517548646       EDI: JEFFERSONCAP.COM Aug 25 2018 03:08:00      Jefferson Capital System,    Re:  Fingerhut,
                 16 McLeland Road,    Saint Cloud, MN 56303
517548650      +E-mail/Text: maureen@MHMUA.COM Aug 24 2018 23:27:55      Mt. Holly MUA,    PO Box 486,
                 Mount Holly, NJ 08060-0486
517548654      +E-mail/Text: bankruptcy@pseg.com Aug 24 2018 23:26:02      PSE&G,    Credit & Collection Center,
                 PO Box 490,    Cranford, NJ 07016-0490
517548659       EDI: MERRICKBANK.COM Aug 25 2018 03:08:00      Spiegel,    PO Box 5811,    Hicksville, NY 11802
517548661      +EDI: USDARHS.COM Aug 25 2018 03:08:00      USDA, Rural Development,
                 Centralized Servicing Center,    PO Box 790301,    Saint Louis, MO 63179-0301
517548662      +EDI: VERIZONCOMB.COM Aug 25 2018 03:08:00      Verizon NJ,    500 Technology Drive,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517548647      ##+LDG Financial Services,    Re:  AT&T Mobility,    4553 Winters Chapel Rd,
                 Atlanta, GA 30360-2707
517548657      ##+Schiff & Schiff,    Re:  Citifinancial; DC 12071-04,    PO Box 1000,
                 West Long Branch, NJ 07764-0730
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 318             Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
           Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
           Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Frank J Martone    on behalf of Creditor   USDA Rural Development bky@martonelaw.com
           John Zimnis    on behalf of Debtor Jacqueline  Seawright njbankruptcylaw@aol.com.
           Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
            rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```